# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNA D. RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:21-cv-00290-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(28 U.S.C. § 2412(d))<br><br>(ECF No. 20) |

Plaintiff Gianna D. Ramos filed the complaint in this action on March 1, 2021.  (ECF No. 1.)  On January 27, 2022, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 17, 18, 19.)  On April 27, 2022, the parties filed a stipulation for the award of attorney fees and expenses in the amount of $1,188.80 pursuant to the EAJA, and costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920.  (ECF No. 20.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.  (Id. at 2.)

1  Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $1,188.80 under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920.  (ECF No. 20.)

IT IS SO ORDERED.

Dated:  **April 27, 2022**

UNITED STATES MAGISTRATE JUDGE